UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00091-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIR ARREYGUE-REYNA,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that counsel will notify the Court if pretrial motions will be filed. It is

    FURTHER ORDERED that a hearing on all pending motions will be set at a later date if necessary. It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, May 12, 2008, at 9:00 a.m. in courtroom A-1002.**

    Dated: March 5, 2008

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge